## Abby Frank

**Subject:** FW: [EXT] Re: Def Alexander George

---

**From:** Jeanie <jeangersnap@msn.com>
**Sent:** Wednesday, June 29, 2022 9:24 AM
**To:** Abby Frank <afrank@sarpy.gov>
**Subject:** [EXT] Re: Def Alexander George

The pictures included are from a post Alex made in February 2022. He was ranting about our divorce case and my attorney. He posted pictures of an incident of one of the times he abused me and then he was scared he was going to get in trouble so he tried to say it was me. The police report was made and I was never ever charged with anything. It was obvious at the time he was trying to manipulate the situation. He posted those documents of that night with my address and with an unfounded report. Other posts he is making is always stating that he is a victim and harassing me(the ex) and my attorney. So when he posted that it was clear he was trying to make it out I was something I was not. I did have on 2 occasions after that have someone park in front of my house and come up to my door. I didn't answer. I am always so scared it has something to do with Alex. I wasn't sure if maybe someone saw my address and came to the house. I am very scared he is always up to something.

The other photos I am attaching are from an incident that Alex did on April 15 2022. I have him blocked on all my social media because I'm the past he would bother my contacts both personal and professional. He must have someone watching my account or a fake profile. That day he contacted Vito Agosta at his work. He managed a camper dealership at the time and he called his office. He stated he saw that him(Vito) and I are friends on FB and wanted to know how he knew me. If he know what I was doing? Where I worked? How long he knew me? If he knew who I was dating? If he knew I was an abuser? If he knew where I hang out with? He said some terrible things about me. He asked about other people on FB and if he knew my relationships with them. Vito was very confused. He said he tried to just get him off the phone. He also tried to call him on his cell phone, friend him on social media, and linked in. Vito has no connections with him nor has any business dealing with him. The sole reason Alex reached out to him was to find information, stalk and defame me to people and harass me. I use social media for work connections as well so this could hurt my livelihood.

He has filed numerous lawsuits that have been either dismissed or he has dropped as a form of harassment. Dating September, October, November of 2021 and also in 2022. This has cost me thousands of dollars and has gave Alex an outlet to be able to continue to harass me and abuse me financially. He is currently trying to get. Hearing for one of the lawsuits that has already been dismissed. It's these kind of actions that are letting him abuse the legal system to harass me. He also has extensively contacted and harassed my attorney, including lawsuits, that has in turn cost me money by him having to reply to his frivolous allegations.

I can't live my life freely as other people get to because of him and his harassment. No one seems to be able to stop him.

Thank you,

Jeanie George

1



**Anil George**
58m

Valentines days past 4 years, two crappy incompetent lazy divorce lawyers which one is a pretty boy who got beat up by my x mma boyfriend and One abuser arrested x, two lawyers and a judge I sued in federal court and Ben Belmont a pos that subjorns perjury and it makes a profit from it, in Nebraska twice and once in Texas. My advice don't trust lawyers they don't care because it's about talking and taking you for a fool and your money when you are recouping from an illness. If any one else had issue with Pete woods sister Betsys husband lieing in court contact me.



4:12

**Anil George**
58m · 🌐

Valentines days past 4 years, two crappy incompetent lazy divorce lawyers which one is a pretty boy who got beat up by my x mma boyfriend and One abuser arrested x, two lawyers and a judge I sued in federal court and Ben Belmont a pos that subjorns perjury and it makes a profit from it, in Nebraska twice and once in Texas. My advice

Monday · Feb 14, 2022 · 4:12 PM   Adjust
☁ IMG_7660

**Screenshot**
No lens information
3 MP · 1126 x 2436 · 1 MB

Add a location...

Show in All Photos

   

Printed by: szuzulka
Printed date/time: 12/14/21 12:50

**INCIDENT REPORT**

Page 5 of 7

PAPILLION POLICE DEPARTMENT
1000 EAST FIRST STREET
PAPILLION, NEBRASKA 68046
(402) 597-2035

Incident Number: LPP040421005567

## Narratives

ENTERED DATE/TIME: 4/22/2004 10:53:18
SUBJECT: 3RD DEGREE ASSAULT DV
AUTHOR: HEISLER, RICK

I, Officer Rick Heisler #426, Papillion Police Department, Sarpy County, Nebraska, was on duty on 4-21-04. At 2211 hours, Officer Goley #446 and I were dispatched to 640 Bailey for a 911 hang up. While en route, we were advised that there was a prior history of domestic violence at the residence.

Upon arrival, there was a white sport utility vehicle pulling out of the garage. The vehicle stopped in the driveway of the residence and I made contact with the white female driver. The female was crying. I asked her what was wrong. She stated "he beat the crap out of me". I asked the female where the male was and she said that he left on foot. I then tried to ask her the husband's information so I could pass it on to other officers to attempt to locate the male party. The female was very uncooperative at this point. She would not give me her husband's name or physical description. She stated that she did not call 911 and that she thought her husband called 911. She did admit to a mutual argument about her believing that her husband went to a bar and smelled like smoke. She would tell me that there was mutual pushing and shoving between both.

I attempted several times to obtain her husband's information, but she was very uncooperative. I asked her several times for her identification and she reluctantly gave me her license. Her driver's license identified her as Jeanie George. Jeanie admitted that during the argument she had torn her husband's shirt. Officer Goley checked the area for the husband while I attempted to gain further information from Jeanie. Jeanie allowed me to search the residence for her husband and I was unable to locate anyone. Also present in the house was Jeanie's 2 year old child, Nathaniel. Nathaniel was sleeping in the rear of the white SUV. When we went into the house she brought Nathaniel into the house. Jeanie requested that I check the child for injuries and I found the child to be in good health.

Upon further questioning Jeanie stated that the reason she told me that her husband beat the crap out of her was that she thought he had called 911 claiming to be assaulted. Jeanie was asked several times if she was injured or had any complaint of pain. She denied both. I was finally able to get a name on the male party, Anil A. George. She stated he left the residence wearing only his underwear. Jeanie denied knowing her husband's date of birth. While speaking with Jeanie her parents arrived at the residence. I copied down her mother's name as an emergency contact. Based on the information I had at this time I left the residence after leaving my contact information for Anil to contact me upon his arrival home.

At 0100 hours, I was contacted by dispatch to respond to Bergan Mercy Hospital as Anil was at the hospital being treated for injuries. Upon arrival at Bergan, I met with the charge nurse, Amy Houlihan, RN. Houlihan advised that Anil had come to the emergency room with his uncle but was reluctant to be scene as he was embarrassed that he was assaulted by his wife. Houlihan advised that she was able to talk Anil into being treated, and that the emergency room physician, Dr. Jose Noveau, was currently in treating Anil. She advised that Anil told her he was assaulted by his wife by being punched on the top of the head and he also had a bite

## Incident Report

PAPILLION POLICE DEPARTMENT
1000 EAST FIRST STREET
PAPILLION, NEBRASKA 68046
(402) 597-2035

Incident Number: LPP040421005567

n left the residence and met Cpl. Glesmann at the jail as she had transported Jeanie George to the jail val at the jail. Glesmann had already filled out citation #A1486937 with the charge of 3rd degree assault urt date was set for 6-2-04 at 1430 hours. I read the Waiver of 48 Hour Hearing form to Jeanie and she form. A copy of this form is included with this report.

is cleared with one adult arrest. Please forward a copy of this report to the Sarpy County Attorney's charges

ort
k Hensler #426

---

mark on his left upper shoulder. After Anil was seen by the physician I then went to speak with him. I spoke with Dr. Noveau briefly and he stated that Anil had a contusion on his head that was bleeding slightly, and a mark on his upper arm/shoulder that appeared to be a bite mark.

Anil told me that he came home from work and no one was home. He stated that he took off his pants and went upstairs to use the computer. He advised that he heard a horn and noticed that his wife was home. He stated that she then came upstairs and accused him of having an affair. Anil stated that as he was going down the stairs, Jeanie hit him on the top of his head with a closed fist. At the bottom of the stairs, Jeanie bit him and he then went out the front door to get away from her. He stated that Jeanie spit in his face several times prior to him exiting the house. He stated that while outside of the residence, Jeanie ripped his shirt off and ripped his underwear, grabbing and pulling his testicles as she ripped the underwear. Anil stated that he was having a hard time breathing at this point because he suffers from asthma. Anil stated that he then went to the neighbor to the south to attempt to get assistance, but no one was home. He then went to the north neighbor and noticed a wh Ford Mustang he knew to be driven by the occupants of that house. He stated he went to the car and asked them for assistance after telling them what had happened. Anil stated they gave him a ride to a friend's house who then gave him a ride to his uncle's house. His uncle, Thomas Skaviak, was present in the exam room for t interview and had given Anil a ride to the hospital.

I then began to look at Anil's injuries. There was what appeared to be a bite mark on his left upper arm area. There was a slight abrasion on his left cheek. There was slight swelling on the top of his head and I also notice a small amount of blood present. Upon further examination, Anil also had an abrasion/scratch on his left pectoral and scratches on his left and right shoulders. I requested that Anil fill out a statement for me, and Anil was unable as he could not see without his glasses. I suggested that his uncle fill out the form for him while I w out to my cruiser to obtain a camera.
Upon returning I took 6 Polaroid photos of the injuries. I also took into evidence his torn shirt and torn underwear. The clothing and underwear were later entered into evidence. The statement form that was filled out is also included with this report. During my whole contact with Anil, he was upset and crying, stating he did not want to get his wife into trouble. He was also very concerned about the affect this ordeal would have on his child. Anil was complaining of pain from the injuries the whole time I was present.

Based on the statement and injuries to Anil, I decided there was probable cause to arrest Jeanie for third degree assault (domestic violence). I contacted Cpl. Glesmann #403 and Officer Goley #446 to have them plac Jeanie George into custody and I would be en route to the residence with Anil and his uncle. Goley and Glesmann were able to make contact with Jeanie and take her into custody. I was told by both Glesmann and Goley that Jeanie was very uncooperative during the arrest. Glesmann advised the Jeanie was complaining of pain to the right side of her head and her ankle. Glesmann advised that Jeanie had struck her head up against the window of the cruiser in an apparent attempt to show injuries.

After Jeanie was removed from the residence I allowed Anil and his uncle to enter. While at the residence I contacted Family Services to have a domestic violence advocate contact Anil to explain his options to remain





2 of 2

**Incident Report**

Incident Number: LPP040421005567

**Incident Report**

Incident Number: LPP040421005567

**Anil George**

1h ·

Like

Share

+1 (972) 802-3218
Grand Prairie, TX

message    call    video    pay

Yesterday

15:33 **Incoming Call**
5 minutes

Calls with a checkmark have been verified by the carrier.

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Wednesday • Jun 29, 2022 • 9:25 AM

