# Nebraska Judicial Branch

.

## Case Summary

In the District Court of Douglas County
The Case ID is  CI 17 0010515
        Alexander George v. Jeanie George
The Honorable Todd Engleman, presiding.
        REFEREE Y
Classification: Dissolution of Marriage
Filed on 12/18/2017
This case is Re-opened as of 02/16/2024
    It was disposed as

## Parties/Attorneys to the Case

| Party | Attorney |
|---|---|
| Plaintiff ACTIVE | |
| Alexander George | Self-Represented Litigant |
| 2001 New Castle Circle | |
| Plano        TX 75075 | NE |
| Alexander George owes  $1.00 | |
| Defendant ACTIVE | |
| Jeanie George | Benjamin M Belmont |
| 640 Bailey Circle | Suite 100, Two Old Mill Road |
| | 10855 West Dodge Road |
| Papillion      NE 68046 | Omaha        NE 68154 |
| | 402-397-2000 |
| Interested Party ACTIVE | |
| State of Nebraska | |
| PO Box 95026 | |
| Lincoln      NE 68509 | |
| Garnishee ACTIVE | |
| US Bank | |
| Garnishee ACTIVE | |
| Premier Bank | |
| Garnishee ACTIVE | |
| Chase Manhattan Bank | |
| Garnishee ACTIVE | |
| Clerk of the District Court | |
| Witness ACTIVE | |
| Abraham Wagner | |
| 2412 Alexandra Road | |
| Papillion      NE 68133 | |

## Judgment Information

On 08/03/2020 judgment of Property Settlement was entered.
        The judgment creditor is Jeanie George
        The judgment debtor is Alexander George
Obligation of $25,217.00 is One-Time from 08/03/2020 to 08/04/2020
On 08/03/2020 judgment of Attorney Fees was entered.
        The judgment creditor is Jeanie George
        The judgment debtor is Alexander George
Obligation of $10,000.00 is One-Time from 08/03/2020 to 08/04/2020
On 08/03/2020 judgment of Child Support was entered.
        Simple interest rate is  4.4490%
Financial records maintained by Health and Human Services
        The judgment creditor is Jeanie George
        The judgment debtor is Alexander George
Obligation of $1,480.00 is monthly from 02/01/2019 to 05/14/2020
Obligation of $1,302.00 is monthly from 06/01/2020 to 09/09/2029
Obligation of $928.00 is monthly from 10/01/2029 to 09/18/2031

## Court Costs Information

| Incurred By | Account | Date | Amount |
|---|---|---|---|
| Plaintiff | Petition | 12/18/2017 | $35.00 |
| Plaintiff | Filing Fee - State | 12/18/2017 | $1.00 |
| Plaintiff | Automation Fee | 12/18/2017 | $8.00 |
| Plaintiff | NSC Education Fee | 12/18/2017 | $1.00 |
| Plaintiff | Dispute Resolution Fee | 12/18/2017 | $0.75 |
| Plaintiff | Indigent Defense Fee | 12/18/2017 | $3.00 |
| Plaintiff | Uniform Data Analysis Fee | 12/18/2017 | $1.00 |
| Plaintiff | Dissolution Fee | 12/18/2017 | $25.00 |
| Plaintiff | Parenting Act Fund | 12/18/2017 | $50.00 |
| Plaintiff | Parenting Act Fund | 01/21/2021 | $50.00 |
| Plaintiff | Parenting Act Fund | 12/29/2021 | $50.00 |
| Plaintiff | Parenting Act Fund | 03/20/2024 | $50.00 |
| Plaintiff | J.R.F. | 12/18/2017 | $6.00 |
| Plaintiff | Filing Fee-JRF | 12/18/2017 | $6.00 |
| Plaintiff | Legal Aid/Services Fund | 01/21/2021 | $15.00 |
| Plaintiff | Legal Aid/Services Fund | 12/29/2021 | $15.00 |
| Plaintiff | Legal Aid/Services Fund | 03/20/2024 | $15.00 |
| Plaintiff | Legal Aid/Services Fund | 12/18/2017 | $6.25 |
| Plaintiff | Issuance of Writ | 11/16/2018 | $5.00 |
| Plaintiff | Issuance of Writ | 11/16/2018 | $5.00 |
| Interested Party | Issuance of Writ | 07/13/2021 | $5.00 |
| Defendant | Issuance of Writ | 12/17/2021 | $5.00 |
| Plaintiff | Seal Cert/Auth Copies | 12/05/2022 | $1.00 |
| Plaintiff | Comp Rec/Records Management | 12/18/2017 | $15.00 |
| Plaintiff | Bill of Exceptions | 12/21/2022 | $22.50 |
| Plaintiff | Service Fees | 12/29/2017 | $13.29 |
| Plaintiff | Service Fees | 03/23/2018 | $25.00 |
| Plaintiff | Service Fees | 03/20/2018 | $0.68 |
| Plaintiff | Service Fees | 11/04/2019 | $19.50 |
| Plaintiff | Service Fees | 06/05/2020 | $75.00 |
| Plaintiff | Service Fees | 02/16/2021 | $26.62 |
| Defendant | Service Fees | 06/04/2021 | $8.59 |
| Defendant | Service Fees | 06/30/2021 | $20.59 |

| Incurred By | Account | Date | Amount |
|---|---|---|---|
| Defendant | Service Fees | 12/22/2021 | $15.06 |
| Defendant | Service Fees | 04/14/2022 | $75.00 |
| Defendant | Service Fees | 06/22/2023 | $8.69 |
| Plaintiff | Sup Ct Filing Fee | 12/01/2022 | $129.00 |
| Plaintiff | Sup Ct Cost Bond | 12/01/2022 | $75.00 |

## Financial Activity

| | |
|---|---|
| Trust held by the court is | $75.00 |
| Fee/Fine held by the court is | $65.00 |

## Costs for Recovery

| Incurred By | Account | Date | Amount |
|---|---|---|---|
| Plaintiff | Bill of Exceptions | 12/21/2022 | $22.50 |

## Payments Made to the Court

| Receipt | Type | Date | For | Amount |
|---|---|---|---|---|
| 483851 | Cash | 03/20/2024 | George,Alexander, | $65.00 |
| | | | Parenting Act Fund | $50.00 |
| | | | Legal Aid/Services Fun | $15.00 |
| 448281 | Check | 12/21/2022 | George,Alexander, | $22.50 |
| | | | Bill of Exceptions | $22.50 |
| 446435 | Check | 12/01/2022 | George,Alexander, | $204.00 |
| | | | Sup Ct Filing Fee | $129.00 |
| | | | Sup Ct Cost Bond | $75.00 |
| 418188 | Electronic Trans | 12/29/2021 | George,Alexander, | $65.00 |
| | | | Parenting Act Fund | $50.00 |
| | | | Legal Aid/Services Fun | $15.00 |
| 417474 | Electronic Trans | 12/17/2021 | George,Jeanie, | $5.00 |
| | | | Issuance of Writ | $5.00 |
| 414100 | Check | 11/05/2021 | George,Jeanie, | $23,962.99 |
| | | | Holding Acct | $23,962.99 |
| 9033163 | Waived Fee | 07/13/2021 | State of Nebraska | $5.00 |
| | | | Issuance of Writ | $5.00 |
| 387001 | Check | 01/21/2021 | George,Alexander, | $65.00 |

| Receipt | Type | Date | For | Amount |
|---------|------|------|-----|--------|
| | | | Parenting Act Fund | $50.00 |
| | | | Legal Aid/Services Fun | $15.00 |
| 379118 | Direct Deposit | 10/20/2020 | George,Alexander, | $.12 |
| | | | Holding Acct | $.12 |
| 378352 | Direct Deposit | 10/08/2020 | George,Alexander, | $.27 |
| | | | Holding Acct | $.27 |
| 376693 | Check | 09/23/2020 | George,Alexander, | $25,217.00 |
| | | | Property Settlement | $25,217.00 |
| 376694 | Check | 09/23/2020 | George,Alexander, | $10,000.00 |
| | | | Attorney Fees | $10,000.00 |
| 375817 | Direct Deposit | 09/09/2020 | George,Alexander, | $.41 |
| | | | Holding Acct | $.41 |
| 372779 | Direct Deposit | 08/11/2020 | George,Alexander, | $.41 |
| | | | Holding Acct | $.41 |
| 370475 | Direct Deposit | 07/14/2020 | George,Alexander, | $.40 |
| | | | Holding Acct | $.40 |
| 367555 | Direct Deposit | 06/08/2020 | George,Alexander, | $.41 |
| | | | Holding Acct | $.41 |
| 365212 | Direct Deposit | 05/08/2020 | George,Alexander, | $.51 |
| | | | Holding Acct | $.51 |
| 362914 | Direct Deposit | 04/14/2020 | George,Alexander, | $.69 |
| | | | Holding Acct | $.69 |
| 360217 | Direct Deposit | 03/09/2020 | George,Alexander, | $.64 |
| | | | Holding Acct | $.64 |
| 357613 | Direct Deposit | 02/11/2020 | George,Alexander, | $1.38 |
| | | | Holding Acct | $1.38 |
| 352079 | Direct Deposit | 12/10/2019 | George,Alexander, | $.68 |
| | | | Holding Acct | $.68 |
| 348709 | Direct Deposit | 11/08/2019 | George,Alexander, | $.82 |
| | | | Holding Acct | $.82 |
| 347260 | Direct Deposit | 10/23/2019 | George,Alexander, | $.80 |
| | | | Holding Acct | $.80 |
| 343517 | Direct Deposit | 09/09/2019 | George,Alexander, | $.82 |
| | | | Holding Acct | $.82 |
| 340968 | Direct Deposit | 08/13/2019 | George,Alexander, | $.82 |

| Receipt | Type | Date | For | Amount |
|---------|------|------|-----|--------|
| | | | Holding Acct | $.82 |
| 337803 | Direct Deposit | 07/11/2019 | George,Alexander, | $.80 |
| | | | Holding Acct | $.80 |
| 334887 | Direct Deposit | 06/07/2019 | George,Alexander, | $.82 |
| | | | Holding Acct | $.82 |
| 331999 | Direct Deposit | 05/07/2019 | George,Alexander, | $.16 |
| | | | Holding Acct | $.16 |
| 329213 | Check | 04/08/2019 | George,Jeanie, | $322.37 |
| | | | Proceeds of Sale | $322.37 |
| 327583 | Check | 03/27/2019 | George,Alexander, | $2,904.76 |
| | | | Proceeds of Sale | $1,608.08 |
| | | | Holding Acct | $1,296.68 |
| 315679 | Electronic Trans | 11/16/2018 | George,Alexander, | $5.00 |
| | | | Issuance of Writ | $5.00 |
| 315680 | Electronic Trans | 11/16/2018 | George,Alexander, | $5.00 |
| | | | Issuance of Writ | $5.00 |
| 285625 | Cash | 01/12/2018 | George,Alexander, | $50.00 |
| | | | Conciliation Court Fee | $50.00 |
| 283155 | Check | 12/18/2017 | George,Alexander, | $158.00 |
| | | | Petition | $35.00 |
| | | | Filing Fee - State | $1.00 |
| | | | Automation Fee | $8.00 |
| | | | NSC Education Fee | $1.00 |
| | | | Dispute Resolution Fee | $.75 |
| | | | Indigent Defense Fee | $3.00 |
| | | | Uniform Data Analysis | $1.00 |
| | | | Dissolution Fee | $25.00 |
| | | | Parenting Act Fund | $50.00 |
| | | | J.R.F. | $6.00 |
| | | | Filing Fee-JRF | $6.00 |
| | | | Legal Aid/Services Fun | $6.25 |
| | | | Comp Rec/Records Manag | $15.00 |

## Payments Made by the Court

| Check | Date | To | Amount |
|-------|------|-----|--------|
| 105153 | 01/24/2023 | Mary McKeever | $22.50 |
| 9002206 | 12/01/2022 | Nebraska Supreme Court | $129.00 |
| 97286 | 12/30/2021 | George,Alexander, | $4,617.60 |
| 97287 | 12/30/2021 | George,Jeanie, | $19,345.39 |
| 87451 | 10/21/2020 | George,Alexander, | $1,619.04 |
| 87410 | 10/20/2020 | George,Alexander, Void | ed |
| 87411 | 10/20/2020 | George,Jeanie, | $1,619.05 |
| 86969 | 09/30/2020 | George,Jeanie, | $35,217.00 |

## Register of Actions

03/27/2024 Order-Show Cause-eNotice
           This action initiated by Todd Engleman
      al hrg info on image eNotice Certificate Attached
           Image ID  N24087JLLD01

03/25/2024 Order-Recuse Judge
           This action initiated by Derek Vaughn
      eNotice Certificate Attached
      Todd Engleman/ih
           Image ID  N240855GID01

03/25/2024 Case Judge Reassigned Random
      Previous Judge 21797;  New Judge 22219;  User ID C0126028

03/22/2024 Summons Issued on Jeanie George

           The document number is 00907764
           Image ID  D00907764D01

03/20/2024 Praecipe-Summons/Alias
           This action initiated by party Alexander George
      DR
           Image ID  002656299D01

03/20/2024 Affidavit
           This action initiated by party Alexander George
      th
           Image ID  002656309D01

03/20/2024 App-Contempt
           This action initiated by party Alexander George
      th

           Image ID  002656306D01

03/20/2024 Comp-Modify Pending Case
           This action initiated by party Alexander George
      th
           Image ID  002656296D01

03/05/2024 Order-Continuance
           This action initiated by Derek Vaughn
      lsw/hrg info on image/motion to dismiss eNotice Certificate Attached
           Image ID  N24065LZFD01

03/01/2024 Order-Denying Motion DC19:24
        This action initiated by Derek Vaughn
   eNotice Certificate Attached
  ih

      Image ID  N240619A8D01


03/01/2024 Motion-Continuance
        This action initiated by party Alexander George
  ak
      Image ID  002660841D01


02/16/2024 Order-Hearing
        This action initiated by Derek Vaughn
   eNotice Certificate Attached
  al
      Image ID  N24047ISKD01


02/16/2024 Motion Filed
        This action initiated by party Alexander George
  to unseal transcript. hrg info on image. mae

      Image ID  002657574D01


02/12/2024 Case Manually Assigned
  Previous Judge 10724;  New Judge 21797;  User ID C0101022


02/08/2024 Motion-Dismiss
        This action initiated by party Jeanie George
  Notice of hearing -JW
      Image ID  N24039FDHD01


02/08/2024 Photocopy Made
      Image ID  D00901100D01


02/07/2024 Photocopy Made
      Image ID  D00900877D01


02/05/2024 Order-Denying Motion DC19:24
        This action initiated by Derek Vaughn
   eNotice Certificate Attached
   lsw
   Image ID  N24036XOYD01


01/23/2024 Affidavit
        This action initiated by party Alexander George
  ak
      Image ID  002648907D01


01/23/2024 Brief
        This action initiated by party Alexander George
  ak
      Image ID  002648904D01


01/04/2024 Order
        This action initiated by Derek Vaughn
  eNotice Certificate Attached/lsw - Matter is taken under advisement,
      Image ID  N240041SMD01


12/29/2023 Motion-Dismiss
        This action initiated by party Jeanie George
  Notice of hearing -JW
      Image ID  N23363ID5D01


12/21/2023 Order-Show Cause Dismissed/Disposed
        This action initiated by Kelley Lanphier
  see order pending/ih eNotice Certificate Attached

Image ID  002633798D01

12/19/2023 Motion-Transfer

This action initiated by party Alexander George
Notice of hearing -JW
Image ID  002640936D01

12/15/2023 Return Filed
This action initiated by party Alexander George
Jeanie George served on 12/6/2023 by Sarpy Cty Sheriff's office. mae
Image ID  002640778D01

12/07/2023 Order-Show Cause-eNotice
This action initiated by Kelley Lanphier
Ra eNotice Certificate Attached
Image ID  002633167D01

12/06/2023 Order-Denying Motion DC19:24
This action initiated by Derek Vaughn

Mtn to transfer.AB.eNotice Certificate Attached
Image ID  N23340OVED01

12/01/2023 Transcript
Transcript received electronically.
Image ID  D00890571D01

11/09/2023 Judgment on Mandate
This action initiated by Derek Vaughn
eNotice Certificate Attached
ih   see order
Image ID  N23313LCKD01

11/07/2023 Photocopy Made
Image ID  D00886048D01

11/07/2023 Mandate
A-22-000883 Affirmed /ak/
Image ID  D00886019D01

10/20/2023 Appellate Court Notice
A22-883  JB
Image ID  D00882991D01

09/29/2023 Order-Referred to Referee
This action initiated by Derek Vaughn
AB eNotice Certificate Attached
Image ID  N23272JCVD01

08/23/2023 Opinion-Appellate Court
A22-883  JB
Image ID  D00873127D01

08/23/2023 Appellate Court Notice
A22-883  JB
Image ID  D00873126D01

08/21/2023 App-Contempt
This action initiated by party Jeanie George
mae
Image ID  N23233FZ2D01

08/01/2023 Order-Show Cause Dismissed/Disposed
This action initiated by Kelley Lanphier
AB eNotice Certificate Attached
Image ID  N23213UMDD01

06/22/2023 Return-Order Show Cause-No Service

       This action initiated by party Jeanie George
No Service on Alexander George /ak/
       Image ID  002594512D01


06/12/2023 Order-Show Cause-eNotice
       This action initiated by Kelley Lanphier
2nd amd /ak/ eNotice Certificate Attached
       Image ID  002590672D01


05/08/2023 Motion-Transfer
       This action initiated by party Alexander George
hrg info on image/ih
       Image ID  002577218D01


04/24/2023 Order-Show Cause-eNotice
       This action initiated by Kelley Lanphier

amd / sl eNotice Certificate Attached
       Image ID  002558727D01


04/20/2023 Order-Dismissal
       This action initiated by Kelley Lanphier
contempt otsc/ case pending/ih eNotice Certificate Attached
       Image ID  002583044D01


03/03/2023 Order-Show Cause-eNotice
       This action initiated by Kelley Lanphier
Hrg info / JP eNotice Certificate Attached
       Image ID  002563745D01


03/02/2023 Order-Referred to Referee
       This action initiated by J. M Coffey
   ih eNotice Certificate Attached

       Image ID  N230616B1D01


03/01/2023 App-Contempt
       This action initiated by party Jeanie George
  sl
       Image ID  N23060Y2ID01


12/21/2022 eBOE Accepted
  eBOE accepted in Nebraska Court of Appeals
       Image ID  D00833056D01


12/21/2022 Bill of Exceptions Cost
       This action initiated by party Alexander George


12/21/2022 Bill of Exceptions
  VOLUME #        1 Verbatim

  Pages 1-6   MM
       Image ID  N2235510KD01


12/16/2022 Estimate BOE Cost
       This action initiated by party Alexander George
  JB
       Image ID  N22350IIYD01


12/05/2022 Transcript Acceptance Letter
  eTranscript accepted by the Clerk of the Nebraska Supreme Court.
  Case 22-000883.
       Image ID  D00830150D01


12/05/2022 Seal Cert/Auth Copies

12/05/2022 Transcript

   Transcript Volume 1 of 1 sent electronically.


12/05/2022 Transcript Index
        Image ID  D00830123D01


12/05/2022 Notice Issued
   copy of t/s sent to Alexander George   MM
        Image ID  002521948D01


12/05/2022 Request-BOE
        This action initiated by party Alexander George
  MM
        Image ID  002542909D01


12/05/2022 Request-Appeal Transcript
        This action initiated by party Alexander George

  MM
        Image ID  002542906D01


12/01/2022 Appellate Court Letter of Acceptanc
   Court of Appeals Case Number: A-22-000883
        Image ID  D00829644D01


12/01/2022 Photocopy Made
        Image ID  D00829603D01


12/01/2022 Cert-Supreme Ct/Crt of Appls
        Image ID  D00829589D01


12/01/2022 Notice-Appeal to Crt of Appeals
        This action initiated by party Alexander George
  al

        Image ID  002542673D01


11/22/2022 Order-Denying Motion DC19:24
        This action initiated by J. M Coffey
  ih eNotice Certificate Attached
  Re Plf's Amd Mtn to Vacate / sl
        Image ID  002542157D01


11/15/2022 Motion-Summary Judgment
        This action initiated by party Alexander George
  JP
        Image ID  002540293D01


11/15/2022 Evidence Index in Opposition
        This action initiated by party Alexander George
  JP

        Image ID  002540290D01


11/15/2022 Statement of Undisputed Facts
        This action initiated by party Alexander George
  JP
        Image ID  002540296D01


10/26/2022 Proposed Scheduling Order
        Image ID  002532929D01


10/07/2022 Case Judge Reassigned Random
   Previous Judge 21403;  New Judge 10724;  User ID C0101150


09/13/2022 Motion-Vacate

```
                    This action initiated by party Alexander George
       ih/AMD

                    Image ID   002511046D01


08/09/2022 Motion-Vacate
                    This action initiated by party Alexander George
       decree/ih
                    Image ID   002504404D01


06/30/2022 Dismissal Without Prejudice
                    This action initiated by Tressa Alioth
       ih eNotice Certificate Attached
                    Image ID   002133081D01


06/30/2022 Notice Filed
                    This action initiated by party Alexander George
       Withdrawal of Counsel - George B. Achola / JP
                    Image ID   N22181VYDD01


06/30/2022 Order-Withdraw as Counsel
                    This action initiated by Tressa Alioth
       Geoge B. Achola / JP eNotice Certificate Attached
                    Image ID   N22180M7JD01


06/29/2022 Motion-Withdraw as Counsel
                    This action initiated by party Alexander George
       George B Achola / sl
                    Image ID   N22180M7DD01


05/24/2022 Proposed Scheduling Order
                    This action initiated by George B Achola
          ih

                    Image ID   002310590D01


05/13/2022 Dismissal Without Prejudice
                    This action initiated by Tressa Alioth
       JP eNotice Certificate Attached
                    Image ID   N22133D6UD01


05/13/2022 Motion-Dismiss
                    This action initiated by party Alexander George
       JP
                    Image ID   N22133D6GD01


05/12/2022 Dismissal Without Prejudice
                    This action initiated by Hang H Tat
       ih eNotice Certificate Attached
                    Image ID   002300783D01


05/02/2022 Notice Issued

                    The document number is 00792715
       Notice of Intent to Dismiss
       George B Achola gachola@burlingtoncapital.com
                    Image ID   D00792715D01


05/02/2022 Notice Issued
                    The document number is 00792714
       Notice of Intent to Dismiss
       Benjamin M Belmont bbelmont@bcplaw.com
                    Image ID   D00792714D01


04/27/2022 Amended Notice of Hearing
                    This action initiated by party Jeanie George
          ih

                    Image ID   N22117JHYD01
```

04/19/2022 Motion-Hearing
            This action initiated by party Jeanie George
    Re: Mot for Sanctions / Hrg info / JP
            Image ID  N22109JQ7D01


04/14/2022 Notice-Service
            This action initiated by party Alexander George
    sl
            Image ID  N221042LBD01


04/14/2022 Return Filed
            This action initiated by party Jeanie George
    George Alexander served 03/29/22 by Collin County TX
            Image ID  N22104ZVXD01


03/22/2022 Order-Compel

            This action initiated by Tressa Alioth
    sl eNotice Certificate Attached
            Image ID  002288509D01


03/11/2022 Motion-Compel
            This action initiated by party Jeanie George
    hrg info on image/ ih
            Image ID  N220708O9D01


03/08/2022 Order-Show Cause-eNotice
            This action initiated by Hang H Tat
    Hrg info / JP eNotice Certificate Attached
            Image ID  002285906D01


03/04/2022 Order
            This action initiated by Duane C Dougherty

    Exh disp of / JP eNotice Certificate Attached
            Image ID  N22063EMID01


03/03/2022 Affidavit
            This action initiated by party Jeanie George
    ih
            Image ID  002283276D01


03/03/2022 Order-Referred to Referee
            This action initiated by Tressa Alioth
    ih eNotice Certificate Attached
            Image ID  002283275D01


03/03/2022 Notice-Service
            This action initiated by party Alexander George
    sl

            Image ID  N220626CLD01


03/02/2022 Motion-Order to Show Cause
            This action initiated by party Jeanie George
      ih
            Image ID  N220612ABD01


01/31/2022 Motion-Vacate
            This action initiated by party Alexander George
    Re: Decree / JP
            Image ID  002279051D01


01/31/2022 Notice-Service
            This action initiated by party Jeanie George
      MM
            Image ID  N22031GBID01

```
01/25/2022 Photocopy Made
           Image ID  D00776556D01


01/25/2022 Sent to CSE Finance/CHARTS
     JP
           Image ID  002269078D01


01/24/2022 Receipt
           This action initiated by party Jeanie George
     ss/ih
           Image ID  N22024OJCD01


01/18/2022 Order-Release Garnishee
           This action initiated by party Kelley Lanphier
     sl eNotice Certificate Attached

           Image ID  002277069D01


01/14/2022 Answer
           This action initiated by party Jeanie George
     JP
           Image ID  N22014N5YD01


01/10/2022 Motion-Hearing
           This action initiated by party Jeanie George
     ih/ atty fees
           Image ID  N220104ZND01


12/30/2021 Order-Disburse Funds
           This action initiated by W. Russell Bowie
     JP eNotice Certificate Attached
           Image ID  N213646TCD01



12/30/2021 Photocopy Made
           Image ID  D00772487D01


12/29/2021 Photocopy Made
           Image ID  D00772392D01


12/29/2021 Comp-Modify
           This action initiated by party Alexander George
     kr
           Image ID  N21363XD6D01


12/29/2021 Case Judge Reassigned Random
     Previous Judge 16739;  New Judge 21403;  User ID C0101015


12/22/2021 Cert-Mailing

           This action initiated by party Jeanie George
     sl
           Image ID  N21356XOQD01


12/22/2021 Return-Garnishment
           The document number is 00770576
     MG
           Served 12/21/2021, Certified Mail
           Image ID  N21356Y7ID01


12/21/2021 Answer Garn Summons-No Funds
           This action initiated by party Clerk of the District Court
     as
           Image ID  002264351D01


12/17/2021 Garnishment Issued on Alexander George

           The document number is 00770576
     E-MAILED  TO: ojenkins@bcplaw.com
```

Garnishee: Clerk of the District Court
Image ID  D00770576D01


12/17/2021 Affidavit/Praecipe-Garn Summ
           This action initiated by party Jeanie George
     Clerk of the District Court    MM
           Image ID  N2135125GD01


12/16/2021 Notice-Lien
           This action initiated by Edward L Wintroub
     sl
           Image ID  002258687D01


12/03/2021 Cert-Service
           This action initiated by party Alexander George
     AMD / JP
           Image ID  N21337H9ID01


11/18/2021 Photocopy Made
           Image ID  D00765821D01


11/17/2021 Order-Vacate
           This action initiated by W. Russell Bowie
     mo reinstate/ ih eNotice Certificate Attached
      cdo/
           Image ID  002255494D01


11/15/2021 Return-No Service
           This action initiated by party State of Nebraska
     2nd Attempt Re: Alexander George /mg
           Image ID  N213195TQD01


11/04/2021 Motion-Hearing
           This action initiated by party Jeanie George
     RE proceeds of Sale / sl
           Image ID  N21308CTYD01


11/03/2021 Order
           This action initiated by W. Russell Bowie
     RE proceeds from sale of prop / sl eNotice Certificate Attached
           Image ID  002240960D01


11/02/2021 Order-Denying Motion DC19:24
           This action initiated by W. Russell Bowie
     Def AMD Mot SC filed 10-7-21 / JP eNotice Certificate Attached
           Image ID  002240822D01


10/07/2021 Motion-Order to Show Cause
           This action initiated by party Alexander George
     Amended
     mc
           Image ID  002233419D01


10/07/2021 App-Contempt
           This action initiated by party Alexander George
     mc
           Image ID  002233420D01


09/29/2021 Cert-Service
           This action initiated by party State of Nebraska
      amd/ ih
           Image ID  N21272UEWD01


09/29/2021 Cert-Service
           This action initiated by party Alexander George
     AMD / JP

Image ID  N21272TW4D01

09/27/2021 Motion-Vacate
        This action initiated by party Alexander George
    see image for hrg / sl
        Image ID  N21270DDOD01

09/27/2021 Return-No Service
        This action initiated by party State of Nebraska
    No Service on Alexander George /ak/
        Image ID  N21270CJUD01

09/24/2021 Motion-Strike
        This action initiated by party Jeanie George
    see image for hrg / sl
        Image ID  N212671TYD01

09/16/2021 App-Contempt
        This action initiated by party Alexander George
    mc
        Image ID  002233056D01

09/14/2021 Notice-Hearing
        This action initiated by party Jeanie George
    See image for hrg info / JP
        Image ID  N21257YL2D01

09/10/2021 Motion Filed

        This action initiated by party Jeanie George
    proceeds of sale/ih
        Image ID  N21253GH2D01

08/26/2021 Motion-Vacate
        This action initiated by party Alexander George
    reinstate/hrg info on image. ih
        Image ID  N21238YXCD01

08/23/2021 Referee Report
    JP
        Image ID  002184409D01

08/17/2021 Case Judge Reassigned Random
    Previous Judge 18554;  New Judge 16739;  User ID C0101030

08/17/2021 Motion-Hearing
        This action initiated by party Jeanie George
    proceeds of sale hrg info on image/ ih
        Image ID  N212293NID01

08/05/2021 Return-Garnishment
        The document number is 00742530
    mc
        Served 07/23/2021, Certified Mail
        Image ID  N212178AWD01

08/02/2021 Answer of Garn Summ with Funds
        This action initiated by party Chase Manhattan Bank
    as
        Image ID  002204311D01

07/13/2021 Cert-Service
        This action initiated by party State of Nebraska
    summ & garn / ih
        Image ID  N21194WW4D01

```
07/13/2021 Garnishment Issued on Alexander George
           The document number is 00742530
     E-MAILED  TO: megan.lutz-priefert@nebraska.gov
           Garnishee: Chase Manhattan Bank
           Image ID  D00742530D01


07/13/2021 Affidavit/Praecipe-Garn Summ
           This action initiated by party State of Nebraska
     Chase Manhattan Bank as    vm
           Image ID  N21194WQ8D01



07/06/2021 Order-Granted in part Denied in par
           This action initiated by Duane C Dougherty
     see order/ ih eNotice Certificate Attached
           $1000.00 atty fees
           Image ID  002201640D01


06/30/2021 Return-Order Show Cause-Served
           This action initiated by party Jeanie George
     Alexader George Served 6/28/21 by Douglas Co. Sheriff as
           Image ID  002179583D01


06/25/2021 Photocopy Made
           Image ID  D00739523D01


06/25/2021 Notice Issued
           The document number is 00739427

     ON George B Achola
     gachola@burlingtoncapital.com
           Image ID  D00739427D01


06/25/2021 Notice Issued
           The document number is 00739426
     ON Benjamin M Belmont
     bbelmont@bcplaw.com
           Image ID  D00739426D01


06/25/2021 Order-Dismissal
           This action initiated by Duane C Dougherty
     Order for Dismissal-Civil eNotice Certificate Attached
           Image ID  D00739425D01


06/24/2021 Motion Under Advisement

     ih
           Image ID  002184642D01


06/23/2021 Entry of Appearance
           This action initiated by party Alexander George
     George Achola
     mc
           Image ID  N21174JUED01


06/16/2021 Notice-Intent Subpoena/Subp Duces T
           This action initiated by party Alexander George
     ih
           Image ID  002198110D01


06/09/2021 Order-Show Cause-eNotice
           This action initiated by Kelley Lanphier

     Amd/ hrg info on image/ ih eNotice Certificate Attached
           Image ID  002191287D01


06/09/2021 Order-Show Cause Dismissed/Disposed
           This action initiated by Kelley Lanphier
     ih eNotice Certificate Attached
           Image ID  002191278D01
```

06/04/2021 Return-No Service
            This action initiated by party Jeanie George
    Alexander George - not served
       mc
            Image ID  N21155EU6D01


05/27/2021 Amended Notice of Hearing
            This action initiated by party Jeanie George

    Re: Mot-Atty Fees / Hrg info on image /AK/
            Image ID  N21147XW8D01


05/24/2021 Notice Issued
            The document number is 00733757
    Notice of Intent to Dismiss
    Alexander George
            Image ID  D00733757D01


05/24/2021 Notice Issued
            The document number is 00733756
    Notice of Intent to Dismiss
    Benjamin M Belmont bbelmont@bcplaw.com
            Image ID  D00733756D01


05/19/2021 IV-D Court Start Date

            This action initiated by party Jeanie George


04/16/2021 Motion-Substitute Service
            This action initiated by party Alexander George
    Exh A not attached /AK/
            Image ID  002172711D01


04/16/2021 Note from Court Staff
    Order sent to Judge al


04/15/2021 Order
            This action initiated by Kelley Lanphier
    hrg dismissed / sl eNotice Certificate Attached
            Image ID  002169061D01


04/15/2021 Order-Show Cause-eNotice

            This action initiated by Kelley Lanphier
    AMD / See image for hrg info / JP eNotice Certificate Attached
            Image ID  002169053D01


04/13/2021 Photocopy Made
            Image ID  D00726698D01


04/13/2021 Return-No Service
            This action initiated by party Jeanie George
    Re: Alexander George Collin Co Shrff /mg
            Image ID  N21103T5CD01


04/09/2021 Motion Filed
            This action initiated by party Alexander George
    re: recuse Judge   Hrg info on image   MM
            Image ID  002166291D01


04/07/2021 Motion Filed
            This action initiated by party Jeanie George
    Re: Atty Fees Hrg Info on Image /mg
            Image ID  N21097U2ID01


04/05/2021 Photocopy Made
            Image ID  D00725043D01

03/29/2021 Motion Filed
          This action initiated by party Alexander George
    RE: To Disqualify Attorney / RT
          Image ID  002150055D01


03/29/2021 Motion Filed
          This action initiated by party Alexander George

    RE: To Rescuse / RT
          HRG INFO *see image*
          Image ID  002150042D01


03/17/2021 Order-Show Cause-eNotice
          This action initiated by Duane C Dougherty
    hrg info on image/ih eNotice Certificate Attached
          Image ID  002156807D01


03/17/2021 Motion Filed
          This action initiated by party Jeanie George
    Re: Execute Quickclaim Deeds / Hrg info on image /AK/
          Image ID  N2107604WD01


03/15/2021 Motion Filed
          This action initiated by party Alexander George

    RE: Disqualify Attorney / RT
          Image ID  002150707D01


03/15/2021 App-Contempt
          This action initiated by party Alexander George
    al
          Image ID  002150710D01


03/10/2021 Answer
          This action initiated by party Jeanie George
    al
          Image ID  N21069V7GD01


02/19/2021 Order-Show Cause-eNotice
          This action initiated by Kelley Lanphier
    hrg info on image/ ih eNotice Certificate Attached

          Image ID  002136338D01


02/17/2021 Order-Referred to Referee
          This action initiated by Duane C Dougherty
    ih eNotice Certificate Attached
          Image ID  002128646D01


02/17/2021 Motion-Order to Show Cause
          This action initiated by party Jeanie George
    AK
          Image ID  N210480TED01


02/16/2021 Return Summons/Alias Summons
          The document number is 00714410
    AK
          Served 02/12/2021

          Personal Service
Served by #530.
          Image ID  N21047TQSD01


02/09/2021 Case Manually Assigned
    Previous Judge 19585;  New Judge 18554;  User ID C0101023
      case should not have reassigned  kmm


02/02/2021 Summons Issued on Jeanie George
          The document number is 00714410
          Image ID  D00714410D01

```
02/01/2021 Praecipe-Summons/Alias
            This action initiated by party Alexander George
    as
            Image ID  002132257D01


01/29/2021 Order-Show Cause-eNotice
            This action initiated by Marlon A Polk
      See image for hrg info / JP eNotice Certificate Attached
            Image ID  N21029V8YD01


01/29/2021 Order-Show Cause-eNotice
            This action initiated by Marlon A Polk
      See image for hrg info / JP eNotice Certificate Attached
            Image ID  N21029V7CD01


01/28/2021 Order-Show Cause-eNotice
            This action initiated by Marlon A Polk
      See image for hrg info / JP eNotice Certificate Attached
            Image ID  002131909D01


01/25/2021 Praecipe-Summons/Alias
            This action initiated by party Alexander George
    MM
      Not issued error in sc order. Refiling at later date
            Image ID  001941535D01


01/21/2021 Comp-Modify
            This action initiated by party Alexander George
    mw
            Image ID  002115666D01


01/21/2021 Case Judge Reassigned Random
      Previous Judge 18554;  New Judge 19585;  User ID C0101028


10/21/2020 Note from Court Staff
      Mailed Petitioner's check to his Attorney - MAB


10/13/2020 Order-Payment of Fees
            This action initiated by Duane C Dougherty
      cdc pay funds/ see order/ih eNotice Certificate Attached
            Image ID  002098081D01


10/08/2020 Order-Granted in part Denied in par
            This action initiated by Duane C Dougherty
      ih eNotice Certificate Attached
            Image ID  002094641D01


09/23/2020 Social Security No./Gender/DOB DC6:


09/23/2020 Motion-Compel
            This action initiated by party Jeanie George
      Hrg info on image /AK/

            Image ID  N20267FI6D01


09/07/2020 HHS/BVS Divorce Certificate


08/21/2020 Motion-Withdraw
            This action initiated by party Alexander George
      RE: mot w/dr cnsl William Gilner /dth
            Image ID  N2023465ED01


08/13/2020 Motion-Nunc Pro Tunc
            This action initiated by party Alexander George
```

or Mot to Alter & Amend / Hrg info on image /AK/
           Image ID  N20226Q4WDO1


08/03/2020 Motion-Withdraw as Counsel
           This action initiated by party Alexander George

     Re: Edward Wintroub & William Gilner Hrg Info on Image /mg
           Image ID  N20216V3QDO1


08/03/2020 Decree
           This action initiated by Duane C Dougherty
     ih eNotice Certificate Attached
           Image ID  002075882DO1


06/15/2020 Motion-Dismiss
           This action initiated by party Jeanie George
     RE: app for contempt, hrg info on image /dth
           Image ID  N201674WYDO1


06/11/2020 Subpoena Issued on Abraham Wagner
           The document number is 00677704
     EMAILED:  5326iuka@gmail.com

           Image ID  D00677704DO1


06/11/2020 Praecipe-Subpoena Duces Tecum
           This action initiated by party Alexander George
     as
           Image ID  N20163ROADO1


06/05/2020 Return-Subpoena-Civil
           The document number is 00675734
     AK
           Served 06/02/2020
           Personal Service
     $30 witness fee served
           Image ID  N20157V5QDO1


06/01/2020 Subpoena Issued on Abraham Wagner

           The document number is 00675734
     EMAILED:  5326iuka@gmail.com
           Image ID  D00675734DO1


06/01/2020 Praecipe-Subpoena Duces Tecum
           This action initiated by party Alexander George
     as
           Image ID  N20153TJ6DO1


05/18/2020 Motion-Temp Order
           This action initiated by party Alexander George
     hrg info on image/ ih
           Image ID  N20139WM6DO1


05/12/2020 Notice-Take Deposition
           This action initiated by party Alexander George

     Re: Jeanie George / Depo info on image /AK/
           Image ID  N20133ZBKDO1


05/05/2020 Notice-Take Deposition
           This action initiated by party Jeanie George
     Re: Alexander George Hrg Info on Image /mg
           Image ID  N20126TQUDO1


05/04/2020 Motion Filed
           This action initiated by party Jeanie George
     Re: Protective Order and/or Mot Quash Hrg Info on Image /mg
           Image ID  N20125LGIDO1

```
05/01/2020 Notice-Take Deposition
              This action initiated by party George
     RE: Jeanie George depo info on image /dth

              Image ID  N20122FOCD01


04/23/2020 Affidavit
              This action initiated by party Alexander George
     Re: Constructive Service /mg
              Image ID  N201147T6D01


03/25/2020 Order-Substitute Service
              This action initiated by Paul W Korslund
     eNotice Certificate Attached
     rs
              Image ID  001983277D01


03/25/2020 Order-Show Cause-eNotice
              This action initiated by Paul W Korslund
     amd, hrg info on image eNotice Certificate Attached

     rs
              Image ID  001983274D01


03/25/2020 Motion-Substitute Service
              This action initiated by party Alexander George
     & Aff /AK/
              Image ID  002027471D01


03/24/2020 App-Contempt
              This action initiated by party Alexander George
     MG
              Image ID  N20084D1ED01


03/18/2020 Order-Show Cause Dismissed/Disposed
              This action initiated by Patricia A Lamberty
     sl eNotice Certificate Attached

              Image ID  002022279D01


03/18/2020 Order-Denying Motion DC19:24
              This action initiated by Patricia A Lamberty
     Re Mtn Amd Temp Orders / sl eNotice Certificate Attached
              Image ID  002022273D01


03/16/2020 Motion-Temp Order
              This action initiated by party Alexander George
     AMD / RT
              HEARING *see image*
              Image ID  N2007603OD01


03/12/2020 Motion Filed
              This action initiated by party Jeanie George
     re: Amd Temp Order / hrg info on image  MM

              Image ID  N20072KUQD01


02/26/2020 Order-Show Cause-eNotice
              This action initiated by Paul W Korslund
     hrg info on image/ ih eNotice Certificate Attached
              Image ID  002013847D01


02/26/2020 App-Contempt
              This action initiated by party Alexander George
     AK
              Image ID  002013841D01


02/13/2020 Dismissal Without Prejudice
              This action initiated by George A Thompson
     JP eNotice Certificate Attached
        only the show cause / case pending
```

```
          Image ID  002006514D01


02/12/2020 Order-Withdraw as Counsel
          This action initiated by Paul W Korslund
    Brent Kuhn & Brent Kuhn Law / sl eNotice Certificate Attached
          Image ID  002006515D01


02/11/2020 Motion-Withdraw as Counsel
          This action initiated by party Alexander George
    Re: Brent Kuhn /mg
          Image ID  N20042FN8D01


02/10/2020 Appearance of Counsel
          This action initiated by party Alexander George
    Re: Edward Wintroub /mg
          Image ID  N20041B5ED01



12/30/2019 Affidavit
          This action initiated by party Alexander George
    AK
          Image ID  001978688D01


12/30/2019 Motion-Order to Show Cause
          This action initiated by party Alexander George
    AK
          Image ID  001978691D01


12/30/2019 Order-Show Cause-eNotice
          This action initiated by Duane C Dougherty
    See image for hrg info
    JP eNotice Certificate Attached
          Image ID  001978755D01



11/04/2019 Return-Subpoena-Civil
          The document number is 00642008
      MT
          Served 11/01/2019
          Personal Service
Served by #530.
          Image ID  N193081P0D01


10/31/2019 Subpoena Issued on Abraham Wagner
          The document number is 00642008
    EMAILED:  brent@brentkuhnlaw.com
          Image ID  D00642008D01


10/31/2019 Praecipe-Subpoena Duces Tecum
          This action initiated by party Alexander George

    as
          Image ID  N19304J7OD01


08/29/2019 Motion Filed
          This action initiated by party Jeanie George
    Re: Atty Fees 8/30/19 11am CR 503 /mg
          Image ID  N192411wGD01


08/23/2019 Motion Filed
          This action initiated by party Alexander George
    RE: For Inspection & Notice of Hearing / RT
          08 30 19 1100am CR 503
          Image ID  N192358MQD01


08/19/2019 Order
          This action initiated by Duane C Dougherty

    Re sale of properties eNotice Certificate Attached
          Image ID  001924453D01
```

08/02/2019 Notice-Service
            This action initiated by party Jeanie George
      Re: Response /mg
            Image ID  N192143S2D01


07/26/2019 Motion Filed
            This action initiated by party Jeanie George
      Re: AMD Temp Order 8/6/19 9am CR 503 /mg
            Image ID  N192071HKD01


07/11/2019 Notice-Take Deposition
            This action initiated by party Jeanie George
      Re: Alexander George 7/17/19 1pm /mg

            Image ID  N19192LXYD01


07/09/2019 Notice-Take Deposition
            This action initiated by party Alexander George
      Re: Jeanie George 7/18/19 10am /mg
            Image ID  N191907W6D01


06/26/2019 Notice-Service
            This action initiated by party Alexander George
      Re: Interrogs & Req /mg
            Image ID  N19177QLUD01


06/12/2019 Notice-Service
            This action initiated by party Alexander George
      Re: Answers /mg
            Image ID  N19163LUQD01


06/06/2019 Motion-Compel
            This action initiated by party Alexander George
      6/10/19 1pm /mg
            Image ID  N19157UD0D01


06/06/2019 Motion Filed
            This action initiated by party Alexander George
      Re: Exclusive Possession of Proceeds 6/10/19 1pm CR 503 /mg
            Image ID  N19157U64D01


05/20/2019 Motion-Compel
            This action initiated by party Jeanie George
      6/10/19 1pm CR 503 /mg
            Image ID  N19140B30D01


03/28/2019 Order-Trial
            This action initiated by Duane C Dougherty
      08/06/19 @ 9am cont 08/08/19 @ 9am #503 eNotice Certificate Attached
            Image ID  001851418D01


03/21/2019 Order
            This action initiated by Duane C Dougherty
      RE net proceeds from sale be placed in CDC acct eNotice Certificate Attac
      hed
            Image ID  001844098D01


03/19/2019 Objection
            This action initiated by party Alexander George
      MG
            Image ID  N19078FRSD01


03/19/2019 Motion Filed
            This action initiated by party Jeanie George
      Re: AMD Temp Order 3/19/19 3pm CR 503 /mg
            Image ID  N19078FEWD01

03/07/2019 Motion Filed
         This action initiated by party Jeanie George
   RE: Sell Car to provide support / RT
      03 14 19 915am CR 503
       Image ID  N19066YOWD01


02/22/2019 Order
         This action initiated by Duane C Dougherty
   See Order/ Pretrial Conference 2-12-19 9:30am eNotice Certificate Attache
d
       Image ID  001824550D01


02/12/2019 Amended Notice of Hearing
         This action initiated by party Jeanie George
   Re: Mot & Pre Trial Conf 2/22/19 9am CR 503 /mg
       Image ID  N19043RCGD01

01/28/2019 Amended Notice of Hearing
         This action initiated by party Alexander George
   3-14-19 9:30 AM #503   JB
       Image ID  N19028NQ4D01

01/18/2019 Motion Filed
         This action initiated by party Jeanie George
   Re: PLF file jnt income tax return & supp minor chldrn
      2-12-19 10:30 AM #503   JB
       Image ID  N19018H6WD01


12/18/2018 Answer Garn Summons-No Funds
         This action initiated by party US Bank
       Image ID  001806508D01


12/07/2018 App-Deliver Non-Exempt Funds
         This action initiated by party Alexander George
   JB
       Image ID  N18341D8ID01


12/04/2018 Answer of Garn Summ with Funds
         This action initiated by party US Bank
       Image ID  001795622D01


11/28/2018 Answer Garn Summons-No Funds
         This action initiated by party Premier Bank

       Image ID  001790309D01


11/16/2018 Garnishment Issued on Jeanie George
         The document number is 00576914
   E-MAILED  TO: huskerlawyer@gmail.com
       Garnishee: Premier Bank
       Image ID  D00576914D01


11/16/2018 Garnishment Issued on Jeanie George
         The document number is 00576908
   E-MAILED  TO: huskerlawyer@gmail.com
       Garnishee: US Bank
       Image ID  D00576908D01


11/16/2018 Affidavit/Praecipe-Garn Summ
         This action initiated by party Alexander George

   Premier Bank   as
       Image ID  N18320WXQD01


11/16/2018 Affidavit/Praecipe-Garn Summ
         This action initiated by party Alexander George
   US Bank   as

```
                 Image ID  N18320WXOD01


10/08/2018 Motion Filed
              This action initiated by party Alexander George
     Re: amd disqualify DEF's legal cnsl 10-11-18 2:00 PM #503   JB
              Image ID  N18281PNED01


10/05/2018 Amended Notice of Hearing
              This action initiated by party Jeanie George
     Re: Mot Set Aside 10/11/18 2pm CR 503 /mg

              Image ID  N18278KI6D01


09/17/2018 Amended Notice of Hearing
              This action initiated by party Jeanie George
     Re: Mot Set Aside 10/11/18 11am CR 503 /mg
              Image ID  N182600L2D01


08/27/2018 Cert-Parent Ed Course Completion
              This action initiated by party Jeanie George
     RT
              Image ID  N18239CU8D01


07/31/2018 Order-Show Cause-Sheriff
              This action initiated by Duane C Dougherty
     09/05/18 @ 2:30 # 503
              Image ID  001718028D01



07/27/2018 Amended Notice of Hearing
              This action initiated by party Jeanie George
     9-5-18 2:30 PM #503    JB
              Image ID  N18208H4WD01


07/26/2018 Note from Court Staff
     P/Order was emailed to the Bailiff    JB


07/26/2018 App-Contempt
              This action initiated by party Alexander George
     JB

              Image ID  N18207AW2D01


07/26/2018 Motion Filed
              This action initiated by party Alexander George

     Re: disqualiy DEF's legal cnsl 9-5-18 2:30 PM #503    JB
              Image ID  N18207AVQD01


07/25/2018 Motion-Set Aside
              This action initiated by party Jeanie George
     8-14-18 1:00 PM #503    JB
              Image ID  N182064NUD01


07/20/2018 Motion-Withdraw as Counsel
              This action initiated by party Jeanie George
     Re: Jeffrey Wagner /mg
              Image ID  N18201LCQD01


07/17/2018 Temporary Order
              This action initiated by Duane C Dougherty
     eNotice Certificate Attached

              Image ID  001714632D01


07/17/2018 Order-Withdraw as Counsel
              This action initiated by Duane C Dougherty
     Jeffrey A Wagner eNotice Certificate Attached
              Image ID  001714630D01
```

07/16/2018 Appearance of Counsel
                This action initiated by party Jeanie George
      Re: Benjamin Belmont /mg
              Image ID  N18197WBSD01


06/20/2018 Motion-Withdraw as Counsel
                This action initiated by party Jeanie George
      Re: Jeffrey Wagner 7/17/18 8:45am CR 503 /mg
              Image ID  N18171W3MD01



05/15/2018 Affidavit
                This action initiated by party Alexander George
      JB
              Image ID  N18135GDMD01


05/15/2018 Motion-Temp Order
                This action initiated by party Alexander George
    amd 2nd amd JB
              Image ID  N18135FZ4D01


05/11/2018 Signed Scheduling Order
                This action initiated by Duane C Dougherty
      eNotice Certificate Attached
              Image ID  001676950D01


05/11/2018 Amended Notice of Hearing
                This action initiated by party Alexander George
      Re: Mot Temp Order 5/17/18 10am CR 503 /mg
              Image ID  N181312Q6D01


04/24/2018 Scheduling Conference
      05/11/18 @ 11am


04/24/2018 Signed Scheduling Order
                This action initiated by Duane C Dougherty
      eNotice Certificate Attached
              Image ID  001663142D01


04/24/2018 Notice-Service
                This action initiated by party Jeanie George
      Re: Subpoena /mg

              Image ID  N18114QNYD01


04/23/2018 Proposed Scheduling Order
                This action initiated by Brent M Kuhn
              Image ID  001625923D01


04/18/2018 Notice Issued
                The document number is 00532136
      Notice of Intent to Dismiss
      Brent M Kuhn huskerlawyer@gmail.com
              Image ID  D00532136D01


04/18/2018 Notice Issued
                The document number is 00532135
      Notice of Intent to Dismiss
      Jeffrey A Wagner jeff@schirberandwagner.com

              Image ID  D00532135D01


04/18/2018 Entry of Appearance
                This action initiated by party Alexander George
      Brent M. Kuhn        MD
              Image ID  N1810809AD01


04/13/2018 Order
                This action initiated by Duane C Dougherty

disqualify John Kinney eNotice Certificate Attached
        Image ID  001647898D01


04/12/2018 Notice Filed
        This action initiated by party Alexander George
   Re: Intent to Serve Subpoena /mg
        Image ID  N18102CSSD01


04/12/2018 Notice Filed
        This action initiated by party Jeanie George
   Re: Intent to Serve Subpoena /mg
        Image ID  N18102AE4D01


04/09/2018 Temporary Order
        This action initiated by Duane C Dougherty
   def cust eNotice Certificate Attached
        Image ID  001665927D01


04/05/2018 Notice-Service
        This action initiated by party Alexander George
   Re: interr & req for prod   JB
        Image ID  N18095EHGD01


04/03/2018 Motion Filed
        This action initiated by party Jeanie George
   Re: Disqualify Hrg TBD /mg
        Image ID  001631332D01


03/28/2018 Motion-Temp Order
        This action initiated by party Alexander George
2nd AMD 4/3/18 1:15pm CR 503 /mg
        Image ID  N18087BMYD01


03/26/2018 Notice Filed
        This action initiated by party Jeanie George
   Re: Intent to Serve Subpoena /mg
        Image ID  N180850GGD01


03/25/2018 Motion-Temp Order

        This action initiated by party Alexander George
  AMD 4/3/18 1:15pm CR 503 /mg
        Image ID  N18084Y5YD01


03/23/2018 Notice-Service
        This action initiated by party Jeanie George
   Re: interr & req for prod   JB
        Image ID  N18082TIAD01


03/23/2018 Return Summons/Alias Summons
        The document number is 00524694
  MG
        Served 03/20/2018
        Constructive Service
        Image ID  N18082WFCD01


03/22/2018 Motion-Temp Order
        This action initiated by party Jeanie George
  4-3-18 1:15 PM #503   JB
        Image ID  N18081OFWD01


03/22/2018 Answer and Counter Claim
        This action initiated by party Jeanie George
  JB
        Image ID  N18081OFUD01


03/22/2018 Appearance of Counsel

This action initiated by party Jeanie George
Re: Jeffrey Wagner    JB
Image ID  N18081OFSD01


03/20/2018 Return Summons/Alias Summons

The document number is 00524695
JB
Served 03/19/2018
Constructive Service
Image ID  N180798TID01


03/19/2018 Summons Issued on Jeanie George
The document number is 00524695
E-MAILED: wrenteria@kinneymason.com
Image ID  D00524695D01


03/19/2018 Summons Issued on Jeanie George
The document number is 00524694
E-MAILED: wrenteria@kinneymason.com
Image ID  D00524694D01



03/16/2018 Praecipe-Summons/Alias
This action initiated by party Alexander George
MM
Image ID  N180750DKD01


03/16/2018 Order-Substitute Service
This action initiated by party Duane C Dougherty
Image ID  001651201D01


03/09/2018 Motion-Temp Order
This action initiated by party Alexander George
4-3-18 1:15 PM #503    JB
Image ID  N1806848UD01


03/09/2018 Affidavit-Substitute Service
This action initiated by party Alexander George

JB
Image ID  N1806846ED01


03/09/2018 Motion-Substitute Service
This action initiated by party Alexander George
JB
Image ID  N18068460D01


02/19/2018 Affidavit
re: service Filed by Process Server
Image ID  N18050MXUD01


02/15/2018 Return Summons/Alias Summons
The document number is 00511844
Served Dt Unknown, Foreign Officer
No Service

Image ID  N18046C56D01


01/23/2018 Summons Issued on Jeanie George
The document number is 00511844
E-MAILED: wrenteria@kinneymason.com
Image ID  D00511844D01


01/23/2018 Praecipe-Summons/Alias
This action initiated by party Alexander George
sl
Image ID  N18023EM6D01


01/19/2018 Order-Substitute Service

```
                    This action initiated by Duane C Dougherty
                    Image ID  001621846D01


01/19/2018 Affidavit-Substitute Service
                    This action initiated by party Alexander George
      MG
                    Image ID  N180193T4D01


01/19/2018 Motion-Temp Order
                    This action initiated by party Alexander George
      3/7/18 8:45am CR 503 /mg
                    Image ID  N180193SMD01


01/19/2018 Motion-Substitute Service
                    This action initiated by party Alexander George
      MG
                    Image ID  N180193SGD01


12/29/2017 Return Summons/Alias Summons

                    The document number is 00501800
      MG
                    Served Dt Unknown, Sarpy County Sheriff
                    No Service
NUMEROUS TRIES NO CONTACT. LEFT CARDS. CARDS REMOVED. NO CALL BACK
                    Image ID  N17363WLAD01


12/21/2017 BVS Complete Certificate


12/18/2017 Summons Issued on Jeanie George
                    The document number is 00501800
      E-MAILED: wrenteria@kinneymason.com
                    Image ID  D00501800D01


12/18/2017 Praecipe-Summons/Alias
                    This action initiated by party Alexander George

                    Image ID  001603765D01


12/18/2017 Confidential Document *
                    This action initiated by party Alexander George


12/18/2017 Confidential Document *
                    This action initiated by party Alexander George


12/18/2017 Complaint-Dissolution of Marriage
                    This action initiated by party Alexander George
                    Image ID  001603769D01
```


```
Judges Notes
```

```
01/19/2018
01-19-2018 Dougherty
Signed Order for Substitute/Constructive Service.
03/15/2018
03-15-2018 Dougherty
Signed Order for Constructive Service on Defendant.
04/09/2018
04-09-2018 Dougherty
Signed Temporary Order.
04/13/2018
04-13-2018 Dougherty
Signed order on motion to disqualify.
04/23/2018
04-23-2018 Dougherty
Signed scheduling order.
```

05/11/2018
05-11-2018 Dougherty
Signed scheduling order.
05/22/2018
05-22-2018 Dougherty
Hearing held on motion for temporary allowances.  Parties appeared by
counsel.  Affidavits reviewed.  Discussion had in chambers.  Order to
be submitted by Plaintiff's counsel. (no record).
07/17/2018
07-17-2018 Dougherty
Signed order allowing Jeff Wagner to withdraw as counsel and Temporary
Order.
07/30/2018
07-30-2018 Dougherty
Signed Order to Show Cause.
10/11/2018
10-11-2018 Dougherty
Matter came on before the Court on motion to disqualify counsel.
Parties appeared by counsel.  Arguments presented in chambers.  Order
to be submitted. (no record).
11/26/2018
11-26-2018 Dougherty
Temporary hearing held. Discussion had in chambers with counsel.
Hearing continued to 12/17 at 3:00 p.m. (no record).
02/22/2019
02-22-2019 Dougherty
Signed Order regarding temporary order.
03/21/2019
03-21-2019 Dougherty
Signed order on motion regarding proceeds from sale of residence.
03/28/2019
03-28-2019 Dougherty
Signed order for trial.
08/06/2019
08-06-2019 Dougherty
Matter came on for trial.  Parties appeared personally and with
counsel.  Testimony given; exhibits offered and received.  Trial
continued to August 8, 2019 at 9:00 a.m. (Ct. Rptr. Jill Albracht).
08/07/2019
08-07-2019 Dougherty
Matter came on for trial.  Parties appeared personally and with
counsel.  Testimony given; exhibits offered and received.  Trial
contin
08/19/2019
08-19-2019 Dougherty
Signed order regarding sale of real estate.
09/16/2019
09-16-2019 Dougherty
Matter came on for third day of trial.  Plaintiff appeared personally
and with counsel, Brent Kuhn; Defendant appeared personally and with
counsel, Ben Belmont.  Testimony given; exhibits offered and received.
 Trial continued to September 18, 2019 at 9:00 a.m. (Ct. Rptr. Jill
Albracht).
02/11/2020
02-11-2020 Dougherty
HONORABLE GEORGE A. THOMPSON: Signed order dismissing show cause for
lack of service. Signed order allowing Brent Kuhn to withdraw.
02/25/2020
02-25-2020 Dougherty
HONORABLE PAUL W. KORSLUND.  Reviewed application and affidavit for
contempt; signed order setting hearing for March 18, 2020 at 10:30
a.m.
03/18/2020
03-18-2020 Dougherty
HONORABLE PATRICIA LAMBERTY.  Matter came on for hearing on
show cause.  Motion dismissed for lack of service.  Further hearing
held on motions for additional temporary allowances of both Plaintiff
and Defendant.  Motions denied.  (Ct. Rptr. Jill Albracht).
03/20/2020
03-20-2020 Dougherty
HONORABLE PAUL KORSLUND.  Signed Amended order to appear and show
cause and Order for Alternative Service.
05/05/2020
05-05-2020 Dougherty
HONORABLE PATRICIA LAMBERTY.  Hearing held on motion for protecctive
order/motion to quash.  Counsel appeared.  Oral argument.  Motion
partially sustained and partially overruled.  Deposition limited to
issues raised in contempt and to be done telephonically or by zoom.
Order to be submitted. (Ct. Rptr. Jill Albracht).
08/03/2020
08-03-2020 Dougherty
Signed Decree of Dissolution of Marriage.  Case disposed of.
08/24/2020

08-24-2020 Dougherty
Hearing held on motion to aleter or amend.  Parties appeared via webex
by counsel.  Arguments presented.  Order to be submitted. (Ct. Rtpr.
Jill Albracht).
10/08/2020
10-08-2020 Dougherty
Hearing held on motion to compel.  Plaintiff appeared by Wil Gilner
(via phone) and Defendant by Ben Belmont.  Discussion had.  Signed
order.  Additionally, the parties are ordered to execute all deeds
within 10 days. (no record).
10/13/2020
10-13-2020 Dougherty
Signed order.
03/17/2021
03-17-2021 Dougherty
Reviewed application for order to show cause.  Signed order setting
hearing for June 8, 2021 at 2:30 p.m.
05/26/2021
Dougherty,Duane,C.
Matter was scheduled for hearing on Plaintiff's motion to recuse.
Plaintiff appeared by counsel, George Achola.  Defendant appeared by
Ben Belmont.  Plaintiff's counsel requested a continuance of this
hearing as well as the motion to disqualify which is scheduled for May
27, 2021.  Court granted the continuance with regard to both motions to
June 23, 2021 at 11:00 a.m.  Plaintiff's counsel also requested a
continuance of the contempt that is currently scheduled for June 8,
2021
at 2:30 p.m.  Court granted a continuance of this hearing to August 11,
2021 at 9:00 a.m.  Order to be submitted by Plaintiff's counsel.  (no
record).
06/23/2021
Dougherty,Duane,C.
Matter came on for hearing on Motion to Recuse and Verified Motion to
Disqualify Attorney.  Parties appeared by counsel.  Both motions are
denied.  Motion for attorney fees is under advisement. (Ct. Tish
Stratton).
07/01/2021
Dougherty,Duane,C.
Signed order on motion for attorney fees.
10/25/2021
10-25-2021 Bowie
Signed Order denying Plaintiff's Amended Application for Order to Show
Cause filed October 7, 2021.
11/02/2021
11-02-2021 Bowie
Signed order.
11/03/2021
11-03-2021 Bowie
Signed order.
11/17/2021
11-17-2021 Bowie
Signed order on plaintiff's motion to reinstate.
12/30/2021
12-30-2021 Bowie
Order signed re: disbursement of funds. See Order.
02/04/2022
Alioth,Tressa
Matter came on for Motion for Restraining Order.  Ben Belmont and
George Achola were present.
03/03/2022
Alioth,Tressa
Order of Referral signed.
03/22/2022
Alioth,Tressa
Matter came on for Motion to Compel.  Mr. Belmont appeared via Webex.
Mr. Achola did not appear.  Mr. Belmont indicated that the matter was
resolved, will submit an order.  Mr. Belmont stated he has an email
with approval of the order from Mr. Achola.
03/22/2022
Alioth,Tressa
Order to Compel signed.
04/27/2022
Tat, Hang, H
Matter set for show cause on 4/28/22.  Mr. Achola indicates payment
was made but is not showing in system yet.  Mr. Achola and Mr. Belmont
agree to continue to May 12, 2022 at 1:30 pm to see if the payment is
reflected in system in meantime.  Mr. Belmont to prepare notice of new
hearing date.
05/13/2022
Alioth
ORDER TO DISMISS COMPLAINT OF MODIFICATION SIGNED.
06/30/2022
Alioth

```
ORDER TO WITHDRAW SIGNED.
06/30/2022
Alioth,Tressa
Order of Dismissal on Progression signed.
09/29/2023
Vaughn,Derek,
Signed Order of Referral. Copy emailed to counsel and mailed to
Plaintiff, pro se. Copy emailed to referee's office.
11/09/2023
Vaughn,Derek,
Order on Mandate signed, efiled, and emailed to counsel for Defendant.
Copy mailed to Plaintiff.
12/06/2023
Vaughn,Derek,
Order on motion to transfer signed, efiled, and emailed to Plaintiff
and counsel for Defendant.
01/04/2024
Vaughn,Derek,
THIS MATTER came before the Court on the 4th day of January, 2024 on
Plaintiff's Motion to Transfer Venue. Plaintiff Alexander George
appeared pro se. Mr. George appeared via Webex. Defendant appeared
through counsel Benjamin Belmont. Mr. Belmont also appeared via Webex.
Arguments were made. Parties shall submit any briefs and/or points of
authority to the Court consider by close of business on January 31,
2024. The Court will take this matter under advisement at the close of
business on January 31, 2024. The Court reserves ruling on any other
pending motions.  CR - Jordy Gonzalez
02/05/2024
Vaughn,Derek,
Order on Motion to transfer signed, efiled and emailed to counsel and
Plaintiff pro se.
02/20/2024
Vaughn,Derek,
This matter came before the Court on the Motion to Unseal Transcript
filed by Plaintiff. Plaintiff appeared pro se via webex. Ben Belmont
appeared on behalf of Defendant via webex.  Arguments heard. Matter
taken under advisement. CR- Jordy Gonzalez
03/01/2024
Vaughn,Derek,
Order signed, efiled, and emailed to Plaintiff and counsel for
Defendant.
03/05/2024
Vaughn,Derek,
This matter came on for hearing on Plaintiff's Motion to Continue the
hearing on Defendant's Motion to Dismiss. Plaintiff appeared pro se via
Webex. Benjamin Belmont appeared for Defendant. Arguments were heard.
Plaintiff's Motion to Continue is GRANTED.  Hearing on Defendant's
Motion to Dismiss continued to April 18, 2024 at 3:30 p.m. CR- Jordy
Gonzalez.
03/25/2024
Vaughn,Derek,
Order of Recusal and Reassigning Case signed, efiled, and emailed to
counsel for Defendant and Plaintiff pro se. Copy to Judge Engleman's
bailiff.
03/27/2024
Engleman,Todd
Signed Order to Show Cause - set for 5/8 @ 1:00 p.m.
```

## Conciliation Court

```
Plaintiff:   PLF001 George,Alexander,
Defendant:   DEF001 George,Jeanie,
Third Party:
Judge:       18554  Dougherty,Duane,C
Mediator:  MEDIATOR NOT FOUND               Phone:
------- BASIC LEARNING PLAN ---------------- SECONDARY LEARNING PLAN -----
PLF Registered YES Attended 01/04/2018  Registered     Attended
DEF Registered     Attended             Registered     Attended
3RD Registered     Attended             Registered     Attended
Referral Date               Return Deadline            Closed
Outcome:
------------------------ PLAINTIFF ATTORNEY ------------------------
Atty: 20524 Kinney,John,A,                  Firm: 01800 Kinney Mason, P
900 South 75th Street
Omaha           NE 68114                    Phone: (402) 905-2220
```