IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ALEXANDER A. GEORGE,

          Plaintiff,

vs.

JEANIE H. GEORGE,

          Defendant.

8:23CV56

**ORDER**

IT IS ORDERED:

Counter Defendant Alexander George's motions to withdraw his answers, Filing Nos. 54 and 56, are granted. Filing Nos. 44 and 53 are withdrawn.

On the Court's own motion, Counter Defendant Alexander George's Answer found a Filing No. 55 is stricken for being filed out of time without leave of the Court.

Counter Defendant Alexander George's motion for leave to file an answer out of time, Filing No. 57, is granted. George's answer, Filing No. 58, is considered deemed filed instanter and need not be refiled.

Dated this 16th day of August, 2024.

          BY THE COURT:

          *s/ Jacqueline M. DeLuca*
          United States Magistrate Judge