IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEXANDER A. GEORGE, | |
| Plaintiff, | **8:23CV56** |
| vs. | |
| JEANIE H. GEORGE, | **ORDER** |
| Defendant. | |

This Court's local rules provide that, if a motion requires the Court to consider any factual matters not stated in the pleadings, a party supporting or opposing the motion must support the factual assertion with evidentiary materials. A party must also identify and authenticate any documents offered as evidence with an affidavit. NECivR. 7.1(a)(2) or (b)(2).

On August 22, 2024, Plaintiff Alexander George filed a motion to compel seeking various discovery responses.  Filing No. 65. Upon review of Plaintiff's motion, the undersigned finds he did not submit evidence in accordance with the applicable rules. The Local Rules for the United States District Court for the District of Nebraska are posted on the court's website at:

http://www.ned.uscourts.gov/attorney/local-rules

Accordingly,

IT IS ORDERED:

1)   On or before September 24, 2024, Plaintiff shall file and serve evidentiary materials in support of his motion to compel in accordance with NECivR. 7.1(a)(2).

2)   On or before October 1, 2024, Defendant may file and serve additional evidentiary materials in opposition to Plaintiff's motion to compel.

3)   If Plaintiff fails to timely comply with this Order, the Court will rule on the pending motion without considering evidence from the Plaintiff.

Dated this 17th day of September, 2024.

BY THE COURT:

_s/ Jacqueline M. DeLuca_

United States Magistrate Judge