IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEXANDER A. GEORGE,<br><br>Plaintiff,<br><br>vs.<br><br>JEANIE H. GEORGE,<br><br>Defendant. | **8:23CV56**<br><br>**ORDER** |

This matter is before the Court on Plaintiff Alexander George's motion to compel. Filing No. 65. According to his motion, Plaintiff moves the Court for an order compelling "proper and meaningful" responses from Defendant Jeanie George including responses to interrogatories, requests for production of documents and requests for admission. Filing No. 65.

On August 22, 2024, Plaintiff filed the present motion. However, he did not include a copy of the discovery materials to which he requests the Court order Defendant to respond. On September 17, 2024, the Court ordered Plaintiff to file and serve evidentiary materials in support of his motion to compel in accordance with NECivR. 7.1(a)(2) on or before September 24, 2024. Filing No. 74. Thereafter, Plaintiff submitted an affidavit and corresponding letter from defense counsel. Filing No. 75.

Upon review of Plaintiff's motion and subsequent filings, the Court finds that Plaintiff did not submit the necessary evidence to support his motion to compel – namely, the disputed discovery requests. Without such evidence, the Court cannot compel Defendant to respond. Accordingly,

IT IS ORDERED:

Plaintiff's motion to compel, Filing No. 65, is denied.

Dated this 30th day of September, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge